THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. PAUL J. SCHARLE, Defendant-Appellant.

(No. 57582; 

First District (5th Division)—September 14, 1973.

Opinion by Mr. PRESIDING JUSTICE DRUCKER.

David T. Onixt and Arnold B. Kalnitz, both of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel,) for the People.